# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE NAVARRETTE, *individually, and on behalf of other members of the general public similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>LAND O'LAKES, INC.,<br><br>Defendant. | Case No. 1:26-cv-03153-JLT-SAB<br><br>ORDER CONTINUING INITIAL SCHEDULING CONFERENCE<br><br>(ECF No. 15) |

On June 29, 2026, the parties filed a joint scheduling report in anticipation of the initial scheduling conference. (ECF No. 15.) In the report, the parties have indicated that this matter is related to a number of cases pending in the superior courts of California. Furthermore, the parties notified the Court that on May 7, 2026, the parties met and conferred regarding mediation. Defendant informed Plaintiff that three other related matters are currently in active mediation, and Plaintiff is now coordinating with counsel in those cases to explore joining a global mediation. In light of this fact, the Court finds continuing the initial scheduling conference appropriate in order for the issue of mediation to be determined. Should the parties require more time to explore this option, the Court remains agreeable to a future stipulation by the parties seeking a continuance of the initial scheduling conference.

In addition, the Court notes that as this is a putative class action, the parties have contemplated phased discovery in order to address the issue of class certification. However, the

parties did not give specific dates for the first phase of discovery—namely, the close of discovery (either non-expert or expert) or a deadline for Plaintiff to file a motion for class certification.[1]  Should mediation efforts prove unfruitful, the Court directs the parties to resubmit a joint scheduling report **one (1) week** prior to the initial scheduling conference that includes specific dates and deadlines for the anticipated first phase of discovery.

Accordingly, the Court CONTINUES the initial scheduling conference to **September 8, 2026, at 10:30 a.m.**  The parties are DIRECTED to file a joint scheduling report **one (1) week** prior that addresses the issues discussed in this order.

IT IS SO ORDERED.

Dated:   **July 1, 2026**

STANLEY A. BOONE
United States Magistrate Judge

---

[1] Though the parties have suggested a deadline to file a stipulation regarding a briefing schedule.

2