# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE NAVARRETTE, *individual, and on behalf of other members of the general public similar situated*,<br><br>Plaintiff,<br><br>v.<br><br>LAND O'LAKES, INC.,<br><br>Defendant. | Case No. 1:26-cv-03153-JLT-SAB<br><br>ORDER CONTINUING INITIAL SCHEDULING CONFERENCE<br><br>(ECF No. 19) |

On September 1, 2026, the parties filed a joint scheduling report requesting to continue the initial scheduling conference. (ECF No. 19.) For good cause shown, the Court HEREBY ORDERS that the initial scheduling conference is CONTINUED to **November 10, 2026, at 11:00 a.m.**

IT IS SO ORDERED.

Dated: **September 2, 2026**

STANLEY A. BOONE
United States Magistrate Judge