# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE NAVARRETTE, *individually and on behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>LAND O'LAKES, INC.,<br><br>Defendant. | Case No. 1:26-cv-03153-JLT-SAB<br><br>ORDER REQUIRING PLAINTIFF TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 24)<br><br>**DECEMBER 2, 2026 DEADLINE** |

On November 2, 2026, Plaintiff filed a notice of settlement, informing the Court that a settlement has been reached and that dispositional documents will be filed within thirty days. (ECF No. 24.)

Accordingly, pursuant to the notice, it is HEREBY ORDERED that all pending matters and dates in this action are VACATED. Plaintiff shall file, or ensure the filing of, dispositional documents **no later than December 2, 2026**. Any request for an extension shall be supported by good cause. L.R. 160(b).

IT IS SO ORDERED.

Dated: **November 3, 2026**

STANLEY A. BOONE
United States Magistrate Judge