# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

GEORGE NAVARRETTE, *individually and on behalf of all others similarly situated*,

Plaintiff,

v.

LAND O'LAKES, INC.,

Defendant.

Case No. 1:26-cv-03153-JLT-SAB

ORDER DIRECTING PLAINTIFF TO FILE STIPULATED DISMISSAL

(ECF No. 26)

On November 2, 2026, the parties filed a notice of settlement, informing the Court that a settlement had been reached. (ECF No. 24.) On November 13, 2026, Plaintiff filed a request to dismiss the entire action with prejudice as to Plaintiff's individual claims and without prejudice as to putative class members' claims under Federal Rule of Civil Procedure 41(a)(2). (ECF No. 26.)

Pursuant to Rule 41(a)(2), "an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper." Fed. R. Civ. P. 41(a)(2). However, because the parties have reached a settlement, dismissal under Rule 41(a)(1)(A)(ii), which allows for dismissal by stipulation signed by all parties who have appeared, appears to be the proper procedural mechanism. See Fed. R. Civ. P. 41(a)(1)(ii).

/ / /

/ / /

Accordingly, Plaintiff is directed to file a stipulation of dismissal signed by all parties **no later than December 2, 2026**.

IT IS SO ORDERED.

Dated: **November 16, 2026**

STANLEY A. BOONE
United States Magistrate Judge